IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDRES G.,[1]                                              No. 3:17-cv-00597-JE

                        Plaintiff,                          ORDER

        v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                        Defendant.

HERNÁNDEZ, District Judge:

        Magistrate Judge Jelderks issued a Findings and Recommendation [23] on December 27,

2018, in which he recommends that the Commissioner's decision be reversed and remanded for

further proceedings. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B)

and Federal Rule of Civil Procedure 72(b).

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of
the non-governmental party or parties in this case.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings and Recommendation [23]. Accordingly, the Commissioner's decision is REVERSED and REMANDED for further administrative proceedings.

IT IS SO ORDERED.

DATED this ___ day of _____, 2019

MARCO A. HERNÁNDEZ
United States District Judge